UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

AL SADIK MURTHADA,
*on behalf of himself, FLSA Collective Plaintiffs and the Class,*

                     Plaintiff,

v.

HIGHGATE HOTELS, L.P.,
420 PARK FB LLC, and
IN GOOD COMPANY HG INC.,

                     Defendants.

-------------------------------------------------------------X

Case No: 1:23-cv-08615-VSB-JLC

NOTICE AND (PROPOSED) ORDER OF SUBSTITUTION OF COUNSEL

To the Clerk of this Court and all parties of record:

The undersigned hereby consent to the substitution of Mercedes Colwin and Francis J. Giambalvo of Gordon Rees Scully Mansukhani for Brendan Sweeney of The Law Office of Christopher Q. Davis, PLLC, as counsel for Defendant 420 Park FB LLC in the above-captioned action. Please terminate Mr. Sweeney and The Law Office Christopher Q. Davis as attorneys for Defendant 420 Park FB LLC.

Defendant 420 Park FB LLC consents to this substitution.

Dated:    December 10, 2024
            New York, New York

*Brendan Sweeney*
Brendan Sweeney
Law Office of Christopher Q. Davis
80 Broad Street, Suite 703
New York, NY 10004
646-430-7930
bsweeney@workingsolutionsnyc.com

Dated: December 13, 2024

SO ORDERED:

*Vernon Broderick*
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

*[signature]*
Danielle Matesi
For Defendant 420 Park FB LLC