USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_\_3/18/2025\_\_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AL SADIK MURTHADA,

                Plaintiff,

    -v-

HIGHGATE HOTELS, L.P., *et al.*,

                Defendants.

**ORDER**

23-CV-8615 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On March 3, 2025, Plaintiff requested a Local Rule 37.2 conference to resolve five discovery issues that arose with Defendant 420 Park FB LLC ("420 Park"): (1) the size and scope of the putative class sample to be provided by 420 Park; (2) whether 420 Park would provide personal contact information of putative class members; (3) 420 Park's response to Interrogatory #18; (4) lack of verification of the response to the Interrogatories; and (5) scheduling of depositions.  Dkt. No. 85.

As discussed at today's conference, those issues are resolved as follows:

(1) 420 Park will provide a 20% sampling of the non-exempt employees in the In-Room Dining and Events departments from October 1, 2021, to the present;

(2) Plaintiff's motion to compel production of contact information of putative class members is denied without prejudice to renewal;

(3) Plaintiff withdraws his motion with regard to Interrogatory #18 without prejudice;

1

2

(4) Plaintiff withdraws his motion as to the verification of Interrogatories without prejudice; and

(5) 420 Park is directed to make the witnesses identified in Plaintiff's letter available for deposition, beginning with its 30(b)(6) witness, without delay due to document production or other discovery disputes.

**SO ORDERED.**

Dated: March 18, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge