```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AL SADIK MURTHADA,

            Plaintiff,

    -v-

HIGHGATE HOTELS, L.P., *et al.*,

            Defendants.

**ORDER**

23-CV-8615 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On June 3, 2025, Defendant 420 Park FB LLC ("420 Park") requested a Local Rule 37.2 conference, seeking a motion to compel Plaintiff to respond to requests for production and interrogatories that were served after deadlines set by the governing scheduling order. Dkt. No. 91.

For the reasons discussed at today's conference, 420 Park's motion is **DENIED**.

In his opposition, Plaintiff raised the issue of 420 Park's compliance with the Court's March 18, 2025, discovery order. Dkt. No. 93. The parties are directed to meet and confer further on this topic.

**SO ORDERED.**

Dated: June 13, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1