**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

AL SADIK MURTHADA, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

              Plaintiff,

  v.

HIGHGATE HOTELS, L.P.,
    d/b/a ROYALTON PARK AVENUE HOTEL,
420 PARK FB LLC, and
IN GOOD COMPANY HG INC.,

              Defendants.

**Case No.**: 1:23-cv-08615

**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants 420 PARK FB LLC and IN GOOD COMPANY HG INC., (collectively, "Rule 68 Defendants"), having offered to allow Plaintiff AL SADIK MURTHADA ("Plaintiff") to take a judgment against them, in the sum of Fifteen Thousand Dollars and No Cents ($15,000.00), to fully release and discharge Rule 68 Defendants as well as Highgate Hotels, L.P. d/b/a Royalton Park Avenue Hotel (collectively with Rule 68 Defendants referred to as "Defendants"), their successors, assigns, and all past and present officers, directors, owners, employees, representatives, and agents from any and all wage claims and damages, that were or could have been alleged or recovered by Plaintiff in the above-captioned action up to the date of the acceptance of this Offer of Judgment, including, without limitation, any and all of Plaintiff's individual wage claims against Defendants under the Fair Labor Standards Act and New York Labor Law, in accordance with the terms and conditions of Rule 68 Defendants' Rule 68 Offer of Judgment dated September 15, 2025 and filed as Exhibit A to Docket Number 121;

**WHEREAS**, on September 16, 2025, Plaintiff's attorney having confirmed Plaintiff's acceptance of Rule 68 Defendants' Offer of Judgment (Dkt. No. 121);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff AL SADIK MURTHADA, in the sum of $15,000.00, in accordance with the terms and conditions of Rule 68 Defendants' Rule 68 Offer of Judgment dated September 15, 2025 and filed as Exhibit A to Docket Number 121. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: _____ September 16, 2025
         New York, New York

Vernon S. Broderick
United States District Judge